# United States Court of Appeals
## For the First Circuit

No. 08-1156

UNITED STATES OF AMERICA,

Appellee,

v.

RASHIEK T. CANNON,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on December 23, 2009, is amended as follows:

On p. 11, line 9: Insert the word "arrested" between "was" and "and"